In the Matter of Thomas
T. PROUSALIS, Jr.,
Esquire.

A Member of the Bar of the District of
Columbia Court of Appeals, Bar
Registration No. 385481.

No. 04–BG–994.

District of Columbia Court of Appeals.

Dec. 30, 2004.

Before: FARRELL and REID,
Associate Judges; and BELSON, Senior
Judge.

ORDER

PER CURIAM.

On consideration of the affidavit of
Thomas T. Prousalis, Jr., wherein he consents to disbarment from the Bar of the
District of Columbia pursuant to § 12 of
Rule XI of the Rules Governing the Bar of
the District of Columbia, which affidavit
has been filed with the Clerk of this Court,
and the report and recommendation of the
Board on Professional Responsibility with
respect thereto, respondent's motion to
stay imposition of disbarment, and Bar
Counsel's opposition, and it appearing that
on September 16, 2004, respondent filed a
deficient affidavit with the Board on Professional Responsibility pursuant to D.C.
Bar Rule XI, § 14(g), and it further appearing that on December 29, 2004, respondent filed with the Court a supplemental affidavit pursuant to D.C. Bar Rule
XI, § 14(g), it is this 30th day of December, 2004

ORDERED that the respondent's motion to stay imposition of disbarment is
denied. It is

FURTHER ORDERED that Thomas T.
Prousalis, Jr., is hereby disbarred by consent effective forthwith. The effective
date of respondent's disbarment should
run, for reinstatement purposes, *nunc pro
tunc* to September 16, 2004, the date respondent filed his affidavit pursuant to
D.C. Bar Rule XI, § 14(g). It is

FURTHER ORDERED that Bar Counsel's petition for discipline based upon respondent's criminal conviction in the United States District Court for the Southern
District of New York is hereby dismissed
as moot.

The Clerk shall publish this order, but
the affidavit shall not be publicly disclosed
or otherwise made available except upon
order of the Court or upon written consent
of the respondent.

The Clerk shall cause a copy of this
order to be transmitted to the Chairman of
the Board on Professional Responsibility
and to the respondent, thereby giving him
notice of the provisions of Rule XI,
§ 14(g), with which respondent appears to
have complied, and § 16, which set forth
certain rights and responsibilities of disbarred attorneys and the effect of failure
to comply therewith.